# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>v.<br><br>MAURICE GEONTA DAVIS,<br><br>                     Defendant. | Case No. 22-CR-210-JPS<br><br>**ORDER** |

       On October 25, 2022, the Grand Jury returned a single-count Indictment charging Defendant Maurice Geonta Davis ("Defendant") with violating 18 U.S.C. §§ 922(g)(1) and 924(a)(8) ECF No. 1. This case was set for a jury trial. ECF No. 47. On March 21, 2024, during the Final Pretrial Conference, Defendant signed a plea agreement with the Government, in which he agreed to plead guilty to the single count charged in the Indictment. ECF No. 57.

       Later the same day, the parties appeared before Magistrate Judge Nancy Joseph to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 60. Defendant entered a plea of guilty as to the single count in the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id.*

The same day, Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 61. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised[1] that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation, ECF No. 61, be and the same is hereby **ADOPTED.**

Dated at Milwaukee, Wisconsin, this 8th day of April, 2024.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge

---

[1] During the Final Pretrial Conference, Defendant's request to represent himself was granted. ECF Nos. 49 and 58. Accordingly, the Report and Recommendation was mailed to him at his place of pretrial confinement. *See* docket text accompanying ECF No. 61 (reflecting that the Report and Recommendation was "mailed to pro se party"). The objection period commenced when the Clerk of Court deposited that order in the mail. Fed. R. Crim. P. 59(b)(2) (giving a party fourteen days from when he was "served with a copy of the recommended disposition" to object); Fed. R. Civ. P. 5(b)(2)(C) ("A paper is served under this rule by . . . mailing it to the person's last known address—in which event service is complete upon mailing[.]").